```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01044
    DELORES JACKSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-2718

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/17/2008 and was confirmed 03/12/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED           725.39             .00             .00
BENEFICIAL ILLINOIS        NOTICE ONLY     NOT FILED              .00             .00
BENEFICIAL ILLINOIS INC    CURRENT MORTG        .00               .00             .00
BENEFICIAL ILLINOIS INC    MORTGAGE ARRE     3677.85              .00             .00
ECAST SETTLEMENT CORP      UNSECURED         8216.08              .00             .00
LVNV FUNDING LLC           UNSECURED          186.08              .00             .00
COOK COUNTY TREASURER      SECURED           2308.00            31.38           45.86
COOK COUNTY TREASURER      SECURED           1200.00              .00           62.05
AMERICAN GENERAL FINANCE   SECURED VEHIC     6250.00           232.52         1204.18
AMERICAN GENERAL FINANCE   UNSECURED         9852.41              .00             .00
AFNI                       UNSECURED       NOT FILED              .00             .00
ROUNDUP FUNDING LLC        UNSECURED          843.10              .00             .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED              .00             .00
ECAST SETTLEMENT CORP      UNSECURED        19276.51              .00             .00
ECAST SETTLEMENT CORP      UNSECURED         2218.39              .00             .00
RECOVERY MANAGEMENT SYST   UNSECURED          177.60              .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         5444.78              .00             .00
ECAST SETTLEMENT CORP      UNSECURED          247.81              .00             .00
FOOT AND ANKLE ASSOCIATE   UNSECURED       NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,481.50                          759.44
TOM VAUGHN                 TRUSTEE                                             203.07
DEBTOR REFUND              REFUND                                                .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    2,538.50

PRIORITY                                               .00
SECURED                                            1,312.09
    INTEREST                                         263.90

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 01044 DELORES JACKSON
```

```
UNSECURED                                                         .00
ADMINISTRATIVE                                                 759.44
TRUSTEE COMPENSATION                                           203.07
DEBTOR REFUND                                                     .00
                                       ---------------   ---------------
TOTALS                                        2,538.50          2,538.50
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```